IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC, IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to Plaintiff(s):

**Rhonda Good**

Civil Case #: **1:19-cv-1622**

## MOTION FOR SUBSTITUTION OF PROPER PARTY

COMES NOW, Plaintiff Rhonda Good and files this motion to substitute her surviving next of kin, Robert Good, as the proper plaintiff pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. In support therefore, Plaintiff respectfully shows the Court as follows:

1. Plaintiff Rhonda Good filed the present action in the United States District Court of the Southern District of Indiana on April 22, 2019.

2. Plaintiff Rhonda Good passed away on August 5, 2024. *See* Copy of Certificate of Death, attached hereto as Exhibit A.

3. Rule 25(a)(1) of the Federal Rules of Civil Procedure allows for the substitution of a party in the event of death.

4. Rhonda Good's product liability action survived plaintiff-decedent's death and is not concluded.

5. Notice of Suggestion of Death was provided on March 16, 2026. *See* Doc 27798, attached hereto as Exhibit B.

6. Robert Good, husband of decedent, is the proper party to substitute for plaintiff-decedent Rhonda Good and has proper capacity to proceed with the surviving products liability action on plaintiff-decedent's behalf.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion to substitute Robert Good as the proper party in this action.

DATED this 16th day of March, 2026.

                                                                     Respectfully Submitted,

                                                                     */s/ Taylor W. Williams*
                                                                     Taylor W. Williams, UT Bar # 17348
                                                                     **DRIGGS, BILLS & DAY, PC**
                                                                     737 E. Winchester St.
                                                                     Salt Lake City, UT 84107
                                                                     T: 801-308-9179
                                                                     F: 801-752-0607
                                                                     twilliams@advocates.com

                                                                     *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of March, 2026, a copy of the foregoing was served electronically and notice of the service of this document will be sent to all parties by operation of the Court's electronic filing system to CM/ECF participants registered to receive service in this matter. Parties may access this filing through the Court's system. A copy of the foregoing was also served via U.S. Mail to the following non-CM/ECF participants:

                                                                     */s/ Taylor W. Williams*
                                                                     Taylor W. Williams